IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRITTNEY MAY SIMMS,<br>    Plaintiff,<br><br>v.<br><br>DEGGELLER ATTRACTIONS, INC.,<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>GEORGE R. ROSEBERRY,<br>    Third-Party Defendant. | Case Nos. 7:12-cv-00038<br>           7:12-cv-00039<br>           7:12-cv-00161<br><br><u>ORDER</u><br><br>By:  James C. Turk<br>       Senior United States District Judge |
| GEORGE P. ROSENBERRY,<br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>DEGGELLER ATTRACTIONS, INC.,<br>    Defendant/Counter-Plaintiff. | |
| SAMATHA GOAD, a minor, by Jennifer<br>    Goad, her mother and next friend,<br>    Plaintiff,<br><br>v.<br><br>DEGGELLER ATTRACTIONS, INC.,<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>GEORGE R. ROSEBERRY,<br>    Third-Party Defendant. | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 2 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the following motions (which represent respectively, in each case, Defendant's Motion to

Disqualify Plaintiffs' Counsel, Roseberry's Motion for Summary Judgment on the Counterclaim or Third-Party Claims, and Roseberry's Motion to Dismiss the Counterclaim or Third-Party Claim Due to Spoliation of Evidence) are hereby **DENIED**:

1. Case No. 7:12cv38, ECF Nos. 34, 38, 40;
2. Case No. 7:12cv39, ECF Nos. 36, 40, 42; and
3. Case No. 7:12cv161, ECF Nos. 26, 30, 32.

The Clerk is directed to send copies of this Final Order and accompanying Memorandum Opinion to all counsel of record.

ENTER: This 2nd day of January 2013.

James C. Turk
Senior United States District Judge